**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TOTAL FRIGHT PRODUCTIONS, LLC (D/B/A TOTAL PARTY), *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>SCOTT TURNER, in his official capacity as Secretary of the United States Department of Housing and Urban Development, *et al.*, | Case No. 26-2304 |
| DISTRICT OF COLUMBIA,<br><br>*Plaintiff*,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, *et al.*,<br><br>*Defendants*. | Case No. 26-2636 |

**STATEMENT OF MATERIAL FACTS**

Pursuant to Local Rule 7(h) and this Court's Standing Order, Plaintiffs respectfully submit the following statement of material facts as to which Plaintiffs contend there is no genuine issue.

1. In 1965, the General Services Administration (GSA) began constructing a new building to serve as the Department of Housing and Urban Development's (HUD's) headquarters at 451 7th St SW in Washington, D.C. *See Robert C. Weaver Federal Building, Washington, DC*, GSA (Ex. 1).[1]

[1] All exhibit citations are to exhibits attached to the Declaration of Lynn Eisenberg.

2. GSA selected the building site specifically to be in a "designated redevelopment area in the city's Southwest quadrant," in furtherance of HUD's mission of urban renewal. *Id.*

3. Since construction was completed six decades ago in 1968, the HUD building—now known as the Robert C. Weaver Building—has served continuously as HUD's headquarters. *Id.*

4. According to GSA, the building has "symbolically demonstrat[ed] the federal government's commitment to urban redevelopment across the nation," and has served as "one of the most successful modern-era buildings in GSA's inventory." *Id.*

5. According to GSA, the building "embodie[s] the values promulgated by HUD itself," and is listed in the National Register of Historic Places. *Id.*

6. L'Enfant Plaza was built adjacent to HUD and was opened to the public in 1968. *See* Abha Bhattari, *L'Enfant Plaza Opens Monday After $40 Million Makeover*, Wash. Post, June 1, 2014 (Ex. 2).

7. Before January 20, 2025, neither HUD nor GSA suggested that HUD might move its headquarters out of the Weaver Building. *See HUD, Capital Plan 2024 through 2028* (Dec. 16, 2022) (Ex. 3).

8. In 2022, HUD released a detailed "Capital Plan," explaining how the agency intended to use its real property assets, including the Weaver Building, for years to come. *Id.*

9. The Capital Plan stated that HUD intended to execute a multi-year plan to modernize and consolidate its various headquarter offices in Washington, D.C. "within the Weaver building." *Id.* at 43.

10. The Capital Plan also proposed various capital improvements for the Weaver Building, with HUD requesting $5 million annually to modernize and maintain the building for future use. *Id.* at 44.

11. The Capital Plan included an "alternatives analysis," but did not propose relocating HUD's headquarters from the Weaver Building or suggest that staying in the Weaver Building would not be feasible. *Id.*

12. In 2024, GSA proposed a $22 million alteration to the building to provide waterproofing, plumbing, and architectural and structural repairs in the parking garage, loading dock, and basement. GSA, FY 2025 Project Summary: Robert C. Weaver Federal Building, Washington, D.C. (2024) (Ex. 4).

13. The 2024 GSA proposal considered "alternatives" but concluded that there were "no feasible alternatives," as the renovation cost was "far less than the cost of leasing or constructing a new building." *Id.*

14. Before he was re-elected, then-candidate Donald Trump pledged that if he were re-elected, he would "shatter the deep state" by moving federal agencies from Washington, D.C. to parts of the country that are "filled with patriots who love America." Joe Davidson, *Trump's Second-Term Agenda Plans a Purge of the Federal Workforce*, Wash. Post, July 26, 2025 (Ex. 5).

15. In February 2025, Office of Management and Budget Director Russ Vought issued guidance to implement President Trump's "Department of Government Efficiency Workforce Optimization Initiative." *See* Memo. from Russell T. Vought, Director, OMB, and Charles Ezell, Acting Director, Office of Personnel Management, Guidance on Agency RIF and Reorganization Plans (Feb. 26, 2025) (Ex. 6).

16. The February 2025 OMB guidance directed federal agencies to submit "[a]ny proposed relocations of agency bureaus and offices" to the White House Office of Management and Budget by April 14, 2025. *Id.* at 4–5.

17. On April 17, 2025, HUD and GSA announced a "collaborative effort" to identify a new headquarters for HUD. *See HUD and GSA Announce Collaborative Effort to Identify New Headquarters for U.S. Department of Housing and Urban Development* (Ex. 7).

18. GSA added the Weaver Building to its "accelerated disposition list" to "allow the GSA to more effectively right size the federal real estate portfolio." *Id.*

19. GSA noted that HUD's relocation was part of the "the Trump Administration's broader strategy to streamline federal operations" and "eliminate waste." *Id.*

20. On June 25, 2025, HUD and GSA formally announced plans to move HUD's headquarters to Virginia. *See* GSA, *HUD, GSA, and Governor of Virginia Announce HUD Relocation* (Ex. 8).

21. HUD announced that it would relocate its headquarters to a building then-occupied by the National Science Foundation (NSF), located in Alexandria. *Id.*

22. The proposed move would require HUD to pay $26.2 million to relocate NSF employees, in addition to the costs of the move itself. *See* Letter from Sens. Kirsten Gillibrand, Jack Reed, and Chris Van Hollen to Orice Williams Brown, Acting Comptroller General of the United States (Feb. 13, 2026) (Senators' GAO Letter) (Ex. 9).

23. Virginia Governor Glenn Youngkin praised the decision, noting that "Virginia is a great place to be headquartered" and that he was "excited to welcome the Department of Housing and Urban Development and their over 2,700 headquarters-based employees to" Virginia. *Id.*

24. Governor Youngkin noted that "It's not every day—in fact, I don't think it's been ever—that a federal, cabinet-level agency has moved its headquarters to Virginia." HUDchannel, Live: The New Golden Age of HUD | Secretary Turner Unveils HUD's New Building (YouTube, June 25, 2025), https://www.youtube.com/watch?v=ZdctWVC7LQM (2:58–3:08).

25. In February 2026, Senators Gillibrand, Reed, and Van Hollen requested a Government Accountability Office review of HUD's authority to relocate outside of the District of Columbia, noting that federal statutes require the agency to remain in the District. *See* Senators' GAO Letter, Ex. 9.

26. The Senators noted that HUD had failed to inform Congress about HUD's budget analysis for choosing the National Science Foundation Building. *Id.*

27. In March 2026, Senators Van Hollen and Alsobrooks sent a letter to HUD leadership again expressing opposition to and concern about the planned HUD headquarters move and its failure to consider federal law, the needs of HUD employees, and the administration of the nation's housing programs. *See* Letter from Sens. Chris Van Hollen, Angela Alsobrooks, and Elizabeth Warren to Sec'y Scott Turner (Mar. 26, 2026) (Ex. 10).

28. On March 11, 2026, senior leadership at HUD circulated a schedule to move 20 HUD program offices to Alexandria, Virginia. *Id.*

29. The schedule listed all major programmatic offices, including the Office of the Secretary and Ginnie Mae, the Government National Mortgage Association. *Id.*

30. According to a recent survey, the vast majority of HUD employees oppose relocating to Virginia, citing longer and more difficult commutes. *Id.*

31. Twenty percent of survey respondents indicated that they may transfer, retire, or resign within six months if the relocation is made permanent. *Id.*

32. Plaintiff Total Fright Productions, LLC (Total Party) is a small business that operates a party, costume, and novelty store in L'Enfant Plaza adjacent to the Weaver Building. Declaration of Lorenzo Caltagirone (Caltagirone Decl.) ¶ 1.

33. Total Party opened its first store in Georgetown in 2007, but moved to L'Enfant Plaza at the beginning of 2025 because of the large number of federal employees who worked in the area, including specifically at HUD. *Id.* ¶¶ 3–4.

34. Since HUD began its relocation earlier this year, Total Party has seen a sharp decline in the number of customers visiting the store. *Id.* ¶ 8.

35. Its sales have declined compared to last year, and if the trend continues, it will need to furlough or lay off staff. *Id.* ¶ 9.

36. It is also concerned that the business will not be able to survive long-term if the HUD move is made permanent. *Id.* ¶ 10.

37. Plaintiff D4P Restaurant Group (SpiceX) is another small business that operates an Indian restaurant in L'Enfant Plaza. Declaration of Pramesh Shrestha (Shrestha Decl.) ¶ 1.

38. Like Total Party, SpiceX moved to L'Enfant Plaza about three years ago largely because of HUD's and other federal agencies' presence in Southwest D.C. *Id.* ¶ 4.

39. In the months since HUD began transitioning employees to the Alexandria office, SpiceX has seen a decline in its sales, and at one point fell behind on its rent payments due to the loss of customers. *Id.* ¶ 5.

40. If customers and sales continue to decline as expected if the HUD move is completed, SpiceX's owner fears that he will have to lay off staff or close the business. *Id.* ¶ 6.

41. Plaintiff RJC JR LLC is also a small business that operates Brown Bag, a fast-casual restaurant serving breakfast and lunch in L'Enfant Plaza. Declaration of Robert J. Cunius, Jr. (Cunius Decl.) ¶ 1.

42. The business opened in L'Enfant Plaza in 2014, and the owner chose the location specifically to service the employees who worked near L'Enfant Plaza, including at HUD. *Id.* ¶ 2.

43. Brown Bag's business has also already been significantly impacted by HUD's move, with April–August revenues down 20–40% compared to the prior year. *Id.* ¶ 4.

44. Due to this decline, the restaurant currently is not profitable, and if the current trend continues, it will need to lay off one of its four employees. *Id.* ¶ 6.

45. Brown Bag's owner also fears that he will not survive the upcoming fall and winter months given the decline in customers. *Id.* ¶ 6.

46. Each of the Plaintiff businesses chose to open in L'Enfant Plaza because of the economic opportunity provided by HUD's presence. Caltagirone Decl. ¶ 11; Shrestha Decl. ¶ 8; Cunius Decl. ¶ 7.

47. Each business owner believed that HUD would maintain its headquarters in the District for years to come, consistent with its prior representations and the law. Caltagirone Decl. ¶ 11; Shrestha Decl. ¶ 8; Cunius Decl. ¶ 7.

48. Each business owner now fears that they will not be able to survive if HUD completes its planned unlawful move out of the District. Caltagirone Decl. ¶ 10; Shrestha Decl. ¶ 8; Cunius Decl. ¶ 8.

September 4, 2026 Respectfully submitted,

*/s/ Lynn D. Eisenberg*
Lynn D. Eisenberg (DC Bar No. 1017511)
Daniel F. Jacobson (DC Bar No. 1016621)
Benjamin B. Klubes* (DC Bar No. 428852)
John Robinson (DC Bar No. 1044072)
Nina C. Cahill (DC Bar No. 1735989)
Jacobson Lawyers Group PLLC
5100 Wisconsin Ave N.W., Suite 301
Washington, D.C. 20016
(301) 823-1148
lynn@jacobsonlawyersgroup.com

*Counsel for Plaintiffs*

**Of Counsel*