IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOTAL FRIGHT PRODUCTIONS, LLC (D/B/A TOTAL PARTY), *et al.*,<br>*Plaintiffs*,<br>v.<br>SCOTT TURNER, in his official capacity as Secretary of the United States Department of Housing and Urban Development, *et al.*,<br>*Defendants*. | Case No. 26-cv-2304 |

**DECLARATION OF LORENZO CALTAGIRONE**

I, Lorenzo Caltagirone, declare as follows:

1. I am the owner of Total Fright Productions, LLC, a small business that was incorporated in 2004. Total Fright Productions owns and operates as Total Party - party, costume, and novelty store in L'Enfant Plaza, Washington, D.C.

2. I am a long-time resident of Washington, D.C.

3. I first opened Total Party in 2007 in the Shops at Georgetown Park, a shopping center located at 3222 M Street, NW. In 2012, we were forced to move to Arlington, VA due to redevelopment of the shopping center.

4. After more than a decade in Virginia, in early 2025, Total Party relocated to its current location at 429 L'Enfant Plaza SW, Suite 410, in Washington, D.C. We chose to relocate to L'Enfant Plaza specifically because of the large number of federal employees who worked in

the area, including the HUD employees who worked at the Robert C. Weaver Federal Building. I knew that the Weaver Building had served as HUD's headquarters for decades, and I relied on the HUD's headquarters remaining in the Weaver Building when deciding to relocate to L'Enfant Plaza.

5. My business sells party supplies, costumes, and other products to customers who visit and work near L'Enfant Plaza. Although L'Enfant Plaza attracts a number of tourists, especially during the summer months, federal workers make up a substantial percentage of our customers and sales.

6. Before HUD's announced relocation from its headquarters in Washington, D.C., our business regularly served HUD employees, contractors, visitors, and others associated with HUD operations.

7. HUD's headquarters has been an important source of economic activity in our area. HUD employees and visitors would patronize not only our store, but the other stores in L'Enfant Plaza. This helped contribute generally to the customer traffic in the area and led to other businesses signing leases in L'Enfant Plaza, which in turn attracted additional customers for Total Party.

8. Since HUD began its relocation earlier this year, I've noticed a sharp decline in the number of customers visiting the store. We had several regular customers who were HUD employees who told me that they would no longer be able to shop at the store because they were being moved to Virginia.

9. Because of the decline in customers, we have had to reduce our hours, and I have had to personally take on extra shifts. As more and more HUD employees leave, we have seen our sales decline from second half of June 2026 compared to our second half of June 2025. Our

July sales thus so far has been dismal and if the trend continues I will likely furlough or lay off staff.

10. Although we have so far been able to survive the departure of HUD employees who have already moved to Virginia, thanks in part to the student field trips/tourists who visit L'Enfant Plaza in the Spring months, I have serious concerns that my business will not be able to survive L'Enfant Plaza long-term. I am especially concerned because I have noticed more and more storefronts in L'Enfant Plaza become or remain vacant since the beginning of the HUD move. Businesses feed businesses, and I worry that new businesses will be unwilling to take the risk of signing a new lease in L'Enfant Plaza given that a major federal tenant has begun to relocate out of the area. I am worried that this will cause other businesses to leave, further reducing foot traffic and customers.

11. I made business decisions in reliance on the continued presence of HUD headquarters in Washington, D.C., including signing a lease in L'Enfant Plaza, hiring staff for the business, and purchasing inventory. Had I known that HUD would begin relocating this year, I would not have decided to move to L'Enfant Plaza and sign a lease.

12. Had HUD remained headquartered in Washington, D.C., we would not have expected to suffer the economic harms that we have suffered so far and that we expect to continue to suffer in the coming months.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 14, 2026.

Lorenzo Caltagirone