**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TOTAL FRIGHT PRODUCTIONS, LLC (D/B/A TOTAL PARTY) et al., Plaintiffs, v. SCOTT TURNER, in his official capacity as Secretary of the United States Department of Housing and Urban Development et al., Defendants. | Civil Action No. 26-2304 (RBW) |
| DISTRICT OF COLUMBIA, Plaintiff, v. THE UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al., Defendants. | Civil Action No. 26-2636 (RBW) |

**ORDER**

In accordance with the oral rulings issued by the Court in its November 5, 2026 motion hearing on the Defendants' Motion for Relief from Local Rule 7(n)(1) or in the Alternative to Stay Production of the Administrative Records, ECF No. 26, it is hereby **ORDERED** that the motion is **GRANTED** to the extent it seeks relief from Local Rule 7(n)(1). It is further

**ORDERED** that on or before December 21, 2026, the defendants shall file their answer to the plaintiffs' complaints. It is further

**ORDERED** that the defendants shall provide the administrative records to the plaintiffs and file with the Court the certified list of contents of the administrative records on or before January 15, 2027. It is further

**ORDERED** that on January 19, 2027, at 9:00 a.m., the parties shall appear before the Court for a status conference, via teleconference, by calling 646-828-7666, entering Meeting ID 161 591 8885 followed by the pound key (#), and then entering the Passcode 984979 followed by the pound key (#).

**SO ORDERED** this 6th day of November, 2026.

REGGIE B. WALTON
United States District Judge